AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 MAY -1 PM 3:02
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

United States of America
v.

LUIS FABIAN ORTIZ

Case No. 19-MJ-109-NRN

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **LUIS FABIAN ORTIZ**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
21 U.S.C. § 846                         Conspiracy to distribute narcotics

Date: 04/26/2019

*Issuing officer's signature*

City and state: Denver, Colorado

**Magistrate Judge N. Reid Neureiter**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-26-19, and the person was arrested on *(date)* 4-25-19
at *(city and state)* Colorado Springs, CO.

Date: 4-26-19

*Arresting officer's signature*

Jason Del Toro, Special Agent DEA
*Printed name and title*