| | |
|---|---|
| DEFENDANT: | LUIS RENE ZAVALA-ACOSTA |
| AGE/YOB: | 1998 |
| COMPLAINT FILED? | __x____ Yes    _____ No<br>If Yes, MAGISTRATE CASE NUMBER 19-mj-108-NRN |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _x_ Yes    __ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count One: 21 U.S.C. 846 (narcotics conspiracy)<br>Count Two: 21 U.S.C. 846 (narcotics conspiracy)<br>Count Four: 21 U.S.C. 841(a)(1) and (b)(1)(A)(i) and (viii) (distribution and possession with intent to distribute narcotics) |
| LOCATION OF OFFENSE: | El Paso County, CO |
| PENALTY: | Counts One, Two, and Four: NLT 10 years' imprisonment; NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years' SR; NMT life SR; $100 SA |
| AGENT: | DEA SA Jason Del Toro |
| AUTHORIZED BY: | AUSA David Tonini<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  x  five days or less; ___ over five days

THE GOVERNMENT

 x _ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.