UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. CRAIG MICHAEL PEARSON
2. **LUIS FABIAN ORTIZ**
3. JESUS ADRIAN PADILLA-ECHEVERRIA
4. LUIS RENE ZAVALA-ACOSTA

        Defendant.

_____

**UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE
FOR 120-DAYS**
_____

**COMES NOW**, the Luis Fabian Ortiz, by and through his counsel, Dana M. Casper, and hereby files this Unopposed Motion for Ends of Justice Continuance and Findings of Excludable Time pursuant to 18 U.S.C. § 3161(h)(7)(A). Counsel has conferred with the attorneys for the co-defendants as well as for the Government and they do not oppose this Motion.

Defendant Ortiz incorporates the general allegations and legal grounds set forth in Defendant Luis Rene Zavala-Acosta's Unopposed Motion to Exclude Time for the Ends of Justice (Doc 52) as though fully incorporated herein. Additionally, Defendant Ortiz provides the following supplemental information to the Court as additional grounds for this motion:

Counsel was appointed to represent Mr. Ortiz on April 26, 2019.

1

Upon receipt of initial discovery on Monday May 20, 2019, undersigned counsel mailed the encrypted discovery thumb drive to Richard Demarest to have the discovery extracted and converted to searchable format.  Mr. Demarest is a forensics computer expert who routinely works on complex federal cases to convert discovery provided by the Government to a searchable format.  Counsel was out of the country from May 24, 2019 until June 6, 2019.  Upon counsel's return on June 7, 2019, counsel learned that the initial discovery jump drive was defective so discovery could not be accessed by Mr. Demarest.  During counsel's absence, Mr. Demarest contacted the paralegal handling discovery production for the Government and was able to obtain a replacement thumb drive containing the initial and supplemental production of discovery.  Counsel received the converted searchable discovery upon return to her office on Friday June 7, 2019.  As of the date of the filing of this Motion counsel has not had the opportunity to personally review the discovery or review it with Mr. Ortiz.

Based on the foregoing, Mr. Ortiz requests the following relief from the Court:

1.	Exclude 120-days from the speedy trial clock applicable to Mr. Ortiz;

2.	The Court adopt the same findings made in its Order (Doc 53) granting Defendant Zavala-Acosta's Unopposed Motion to Exclude Time for Ends of Justice (Doc 52) and impose the same orders and deadlines applicable to Mr. Ortiz.

**DATED** this 7th day of June 2019

> s/Dana M. Casper
> **DANA M. CASPER PC**
> **Dana M. Casper, #21149**
> Attorney for Luis Fabian Ortiz
> 501 S. Cherry St., Suite 1100
> Denver, Colorado 80246
> (303) 333-2276-phone

**CERTIFICATE OF SERVICE (CM/ECF)**

I certify that June 7, 2019 I electronically filed the foregoing **Motion for Ends of Justice Continuance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Andrea Surratt
United States Attorney's Office, District of Colorado
Andrea.Surratt@usdoj.gov
1801 California St., Suite 1600
Denver, CO. 80202
(303) 454-0100


And all other counsel of record


                s/Dana M. Casper
                **DANA M. CASPER PC**
                **Dana M. Casper, #21149**
                Attorney for Luis Fabian Ortiz
                501 S. Cherry Street, Suite 1100
                Denver, Colorado 80246
                (303) 333-2276-phone
                (303) 496-6766-fax