UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

1.   CRAIG MICHAEL PEARSON
**2.   LUIS FABIAN ORTIZ**
3.   JESUS ADRIAN PADILLA-ECHEVERRIA
4.   LUIS RENE ZAVALA-ACOSTA

       Defendant.

_____

**NOTICE OF DISPOSITION**
_____

**COMES NOW**, the Defendant Luis Fabian Ortiz, through Dana M. Casper PC, gives notice to the Court that the Defendant and Government have reached a disposition in this case. The defendant, through counsel, respectfully requests the Court permit counsel for Mr. Ortiz and AUSA Andrea Surratt confer and contact the court clerk to schedule a change of plea hearing,

**DATED** this 1st day of October 2019

       s/Dana M. Casper
       **DANA M. CASPER PC**
       **Dana M. Casper, #21149**
       Attorney for Luis Fabian Ortiz
       501 S. Cherry St., Suite 1100
       Denver, Colorado 80246
       (303) 333-2276-phone

1

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that October 1, 2019 I electronically filed the foregoing **Notice of Disposition** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Andrea Surratt
United States Attorney's Office, District of Colorado
Andrea.Surratt@usdoj.gov
1801 California St., Suite 1600
Denver, CO. 80202
(303) 454-0100


And all other counsel of record.


s/Dana M. Casper
**DANA M. CASPER PC**
**Dana M. Casper, #21149**
Attorney for Luis Fabian Ortiz
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
(303) 333-2276-phone
(303) 496-6766-fax

2