UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1.    CRAIG MICHAEL PEARSON
**2.    LUIS FABIAN ORTIZ**
3.    JESUS ADRIAN PADILLA-ECHEVERRIA
4.    LUIS RENE ZAVALA-ACOSTA

        Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

**COMES NOW,** Dana M. Casper enters moves to continue the sentencing hearing currently scheduled for January 10, 2020 at 9:00 am and **AS GROUNDS**, states the following:

    1.    Counsel has conferred with AUSA Andrea Surratt and she does not oppose this motion.

    2.    On October 16, 2019, Mr. Fabian-Ortiz entered a guilty plea to Count One of the Indictment, to wit: Conspiracy to Distribute and Possess with Intent to Distribute 500 grams or more of a Mixture and Substance Containing a Detectible amount of Methamphetamine.  This charge carries a minimum mandatory 10-year prison sentence in the absence of the Court granting motions which may be filed by the Defendant Mr. Ortiz and/or the Government.

    3.    Counsel for the Defendant Mr. Ortiz anticipates filing motions relating to

1

the sentence the Court will impose at Mr. Ortiz' sentencing hearing.  Requests have been made by a defense investigator working on Mr. Ortiz's cases for records in support a such motions that will be filed.  The records requested are from institutions and medical facilities.  However, to date not all records have been received despite requests having been made shortly after the change of plea hearing.  Once the records are received, counsel needs time to review the records, discuss them with Mr. Ortiz (who is located in the Park County Jail) and then prepare motions based on the information contained in these records.   The sentencing range in this case is substantial due to the nature of the charge Mr. Ortiz pled guilty. To provide effective assistance of counsel to Mr. Ortiz given especially given the gravity of the potential sentence to be imposed, requires counsel to explore all possible sources of possible mitigating information.  This necessarily includes reviewing any records which may bear on Mr. Ortiz's ultimate sentence in this case.  On these grounds,  counsel requests a continuance of the sentencing hearing.

    **WHEREFORE**, based on the grounds set forth herein, Mr. Ortiz requests the Court grant this motion to continue his sentencing hearing for approximately 30-days.

**DATED** this 13th day of December, 2019

<div style="margin-left:3em">

s/Dana M. Casper
**DANA M. CASPER PC**
**Dana M. Casper, #21149**
Attorney for Luis Fabian Ortiz
501 S. Cherry St., Suite 1100
Denver, Colorado 80246
(303) 333-2276-phone
(303) 496-6766-fax

</div>

**CERTIFICATE OF SERVICE (CM/ECF)**

I certify that December 13, 2019 I electronically filed the foregoing **Unopposed Motion to Continue Sentencing Hearing** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Andrea Surratt
United States Attorney's Office, District of Colorado
Andrea.Surratt@usdoj.gov
1801 California St., Suite 1600
Denver, CO. 80202
(303) 454-0100


And all other counsel of record