IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  LUIS FABIAN ORTIZ,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS AS TO DEFENDANT ORTIZ

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant LUIS FABIAN ORTIZ in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

1. On October 16, 2019, the defendant pled guilty to Count One of the Indictment (Dkt #81) pursuant to the terms enumerated in a written plea agreement (Dkt #82). Sentencing is scheduled for February 19, 2020 at 4:00 p.m.

2. In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the Indictment as to this defendant. Specifically, the Government moves to dismiss Count Three of the Indictment as to Ortiz.

1

3.	The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining counts of the Indictment as to defendant LUIS FABIAN ORTIZ at the time of sentencing in the above-captioned matter.

Respectfully submitted this 4th day of February, 2020.

                JASON R. DUNN
                United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail:  Andrea.Surratt@usdoj.gov
       Attorney for the Government