IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. LUIS FABIAN ORTIZ,

    Defendant.

## GOVERNMENT'S MOTION FOR VARIANCE FOR SATISFACTION OF THE SAFETY VALVE

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion for a two-level variance as to defendant LUIS FABIAN ORTIZ in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On October 23, 2019, the defendant pled guilty to Count One of the Indictment (Dkt #92) pursuant to the terms enumerated in a written plea agreement (Dkt #93). Sentencing is scheduled for January 14, 2020 at 3:00 p.m.

    2.    In the plea agreement, the parties agreed that the defendant is eligible for a two-level reduction in his offense level pursuant to U.S.S.G. § 2D1.1(b)(18). However, as the probation department has noted, the current version of the Sentencing Guidelines have not incorporated the First Step Act's more lenient safety valve criteria,

as codified in 18 U.S.C. § 3553(f).  Accordingly, the Government requests that a two-level reduction in the defendant's offense level be applied as a variance.

3. The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant LUIS FABIAN ORTIZ.

Respectfully submitted this 4th day of February, 2020.

        JASON R. DUNN
        United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov
       Attorney for the Government